■ In the Matter of WARREN W. WARD, Deceased. J. ELLOU STINNETT et al., Appellants; BENJAMIN RATNER, Respondent.— Motion to modify order of this court granted to the extent of modifying the order of this court entered on May 24, 1962, to provide that the record on appeal and appellants' points are to be served and filed not later than 30 days after entry of the order determining the motion for a rehearing. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ RAY HAWKINS v. THAYER LINDSLEY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ HARRY STERN v. WILLIAM ROSENTHAL et al. (Two Cases.) — Motion for reargument denied, with $10 costs. Order filed. Concur — Valente, J. P., McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES J. WALKER.— Motion to dismiss appeal granted on the ground that the order is nonappealable. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ LUCY IORIO v. FRANK IORIO.— Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard on the original record, without printing the same, with a single typewritten copy of the minutes, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points on the attorney for petitioner-respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record with this court on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. That branch of the motion requesting leave to defend as a poor person is granted only insofar as to dispense with the printing of the petitioner's points on condition that he serves one typewritten copy of such points on the attorney for appellant and files six typewritten copies of such points with this court. In all other respects the motion is denied. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ (A) In the Matter of EDWARD M. WIECZOREK v. MICHAEL J. MURPHY. (B) In the Matter of ISIDOR GOLDMAN v. ARMAND D'ANGELO.— [In each action] Motion to dispense with printing granted to the extent of dispensing with the printing in the record of this proceeding the transcript of the testimony taken at the hearing on condition that petitioner files six typewritten copies of the minutes of said hearing with this court at the time of filing the printed record of the proceedings herein and printed petitioner's points. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ SYLVIA NEEDLEMAN v. MANUFACTURERS HANOVER TRUST COMPANY et al.— Motion to dispense with printing granted to the extent of dispensing with the printing in the record on appeal of the exhibits, on condition that six photostatic copies of each exhibit are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. In all other respects the motion is denied. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.